JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-8539-KK-MRWx | Date: | February 20, 2024 |
|---|---|---|---|
| Title: | *Alex Haddad v. Federal Express Corporation, et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order GRANTING Plaintiff's Motion to Remand [Dkt. 19]

      On May 15, 2023, Plaintiff Alex Haddad ("Plaintiff") filed a Complaint in Los Angeles County Superior Court.  Dkt. 1-1, Ex. A.  On October 6, 2023, defendant Protective Insurance Company filed a Notice of Removal.  Dkt. 1.  On December 29, 2023, Plaintiff filed a Motion to Remand ("Motion") this action to Los Angeles County Superior Court with a hearing on the Motion set for March 7, 2024.  Dkt. 19.  No opposition has been filed.  The Court, thus, deems the failure to oppose as consent to granting the Motion.  Local Rule 7-12.

      Accordingly, GOOD CAUSE HAVING SHOWN, the Court thus **GRANTS** the Motion, and the matter is **REMANDED** to Los Angeles County Superior Court.

      **IT IS SO ORDERED.**